**JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TAYLOR, | Case No. 5:21-CV-00528-JWH-KK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| 1600 E. 4th STREET, LLC; and DOES 1-10, | |
| Defendants. | |

Pursuant to the "Order Dismissing Unruh Civil Rights Act Claim and Granting Application for Default Judgment [ECF No. 13]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.       This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2.       Defendants Does 1-10 are **DISMISSED.**

3.       The claim for relief of Plaintiff Charles Taylor ("Plaintiff") arising under the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, *et seq.*, is **DISMISSED.**

4.       Plaintiff's Application for Default Judgment [ECF No. 13] is **GRANTED-in-part.**  Judgment is entered in **FAVOR** of Plaintiff, and against Defendant 1600 E. 4th Street, LLC ("Defendant"), with respect to Plaintiff's claim for relief arising under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12181, *et seq.*

5.       Defendant is **ORDERED** to provide, on or before December 6, 2022, accessible parking, compliant signage regarding accessible parking, accessible exterior paths of travel, accessible ramps, and an accessible entrance at the property located at or about 1630 E. 4th Street, Ontario, CA 91764, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

6.       Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: _August 8, 2022_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-