JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>1600 E. 4TH STREET, LLC; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 5:21-cv-00528-JWH-KK<br><br>**AMENDED JUDGMENT** |

Pursuant to the "Order Granting In Part and Denying In Part Plaintiff's Motion for Attorneys' Fees [ECF No. 32]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants Does 1-10 are **DISMISSED**.

3. The claim for relief of Plaintiff Charles Taylor ("Plaintiff") arising under the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, *et seq.*, is **DISMISSED**.

4. Plaintiff's Application for Default Judgment [ECF No. 13] is **GRANTED**-in-part.

5. Plaintiff's Motion for an Award of Attorneys' Fees and Costs [ECF No. 32] is **GRANTED in** part and **DENIED in part**.

6. Judgment is entered in **FAVOR** of Plaintiff, and against Defendant 1600 E. 4th Street, LLC ("Defendant"), with respect to Plaintiff's claim for relief arising under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12181, *et seq.*, as follows:

   a. Defendant is **ORDERED** to provide, on or before December 6, 2022, accessible parking, compliant signage regarding accessible parking, accessible exterior paths of travel, accessible ramps, and an accessible entrance at the property located at or about 1630 E. 4th Street, Ontario, CA 91764, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

   b. Plaintiff is **AWARDED** the monetary amount of **$7,462** (consisting of $912 in litigation costs and expenses and $6,550 in attorneys' fees).

///

1    7.  To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 18, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE